UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| Gerald A. Abelt | Case No. 1:07cv1691 |
| Plaintiff, | |
| -vs- | O R D E R |
| Commissioner of Social Security, | Judge Christopher A. Boyko |
| Defendant. | |

On June 7, 2007, Plaintiff filed a complaint pursuant to Title 42 U.S.C. Section 405(g) (Dkt.#1). This matter was referred to Magistrate Judge David S. Perelman pursuant to Local Rule 72.2 (Dkt. #5). On January 22, 2008, the Magistrate Judge recommended that final judgment be entered in defendant's favor (Dkt. #15).

FED. R. CIV.P. 72(b) provides that objections to a report and recommendation must be filed within ten (10) days after service, but Petitioner has failed to timely file any such objections. Therefore, the Court must assume that Petitioner is satisfied with the Magistrate Judge's recommendation. Any further review by this Court would be a duplicative and an inefficient use of the Court's limited resources. Thomas v. Arn, 728 F.2d 813 (6th Cir. 1984), aff'd, 474 U.S. 140 (1985); Howard v. Secretary of Health and Human Services, 932 F.2d 505 (6th Cir. 1991); United States v. Walters, 638 F.2d 947 (6th Cir.1981).

Therefore, Magistrate Judge Perelman's report and recommendation

is hereby **ADOPTED** and final judgment is entered in defendant's favor.

IT IS SO ORDERED.

Dated: 2/29/2008

_____
CHRISTOPHER A. BOYKO
UNITED STATES DISTRICT JUDGE